SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

   Defense Language Institute – Criminal Law
   1336 Plummer Street, Building 275
   Monterey, CA 93944
   Telephone: (831) 242-4537

Attorneys for Plaintiff

E-FILING

FILED
2007 NOV 30  A 11: 56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL B. FREMGEN, <br><br> Defendant. | Criminal No.: CR 07-00756 HRL <br><br> VIOLATIONS: 18 U.S.C. §13, assimilating California Vehicle Code §14601.2(a) – Driving When Privilege Suspended or Revoked for Driving Under the Influence; 18 U.S.C. §13, assimilating California Vehicle Code §14601.1(a) – Accumulating a Driving Record History During a Period When Privilege Suspended or Revoked |

## INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §14601.2(a) – Driving When Privilege Suspended or Revoked for Driving Under the Influence, with Excessive Blood Alcohol or When Addicted)

On or about March 25, 2007, at Fort Hunter Liggett, in the County of Monterey, in the Northern District of California, and within the special maritime and territorial jurisdiction of the United States, the defendant

MICHAEL B. FREMGEN,

1

1  did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was
2  suspended and revoked for driving under the influence of an alcoholic beverage, and when he
3  had knowledge of said suspension and revocation, in violation of Title 18, United States Code,
4  Section 13, assimilating California Vehicle Code Section 14601.2(a), a Class B misdemeanor.

5  COUNT TWO: (18 U.S.C. §13, assimilating California Vehicle Code §14601.3(a) --
            Accumulating a Driving Record History During a Period When Privilege
6           Suspended or Revoked)

7  On or about March 25, 2007, at Fort Hunter Liggett, in the County of Monterey, in the
8  Northern District of California, and within the special maritime and territorial jurisdiction of the
9  United States, the defendant,

MICHAEL B. FREMGEN,

11 did unlawfully accumulate a driving record history during a period while his driving privilege
12 was suspended and revoked, in violation of Title 18, United States Code, Section 13,
13 assimilating California Vehicle Code Section 14601.3(a), a Class B misdemeanor.

14 DATED: 11/28/2007

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

(Approved as to form: _____)
SAUSA Nelson

2

E-FILING

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

FILED
2007 NOV 30 A 11:56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**
(See attached sheet)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: (See attached sheet)

Name of District Court, and/or Judge/Magistrate Judge Location (City): Northern District of California

CR 07 00756 HRL

**DEFENDANT — — U.S. vs.**
Michael B. Fremgen

Address: 4330 Lleno Street, Santa Barbara, CA 93110

Birth Date: 10/26/1940   ☑ Male   ☐ Female   ☐ Alien (if applicable)

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▸
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. / Day / Year

DATE OF ARREST ▸

Or . . . if Arresting Agency & Warrant were not Federal
Mo. / Day / Year

DATE TRANSFERRED TO U.S. CUSTODY ▸

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for Arraignment

To appear before Judge Seeborg on 4 February 2008 at 9:30 a.m., United States District Court, 1000 South Main Street, #214, Salinas, CA 93901.

## ATTACHMENT TO PENALTY SHEET
## U.S. v. FREGMEN

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 14601.2(a) – Driving when privilege suspended or revoked for driving under the influence with an excessive blood alcohol content

    Penalties: Mandatory Minimum:
          10 days
          $300.00 fine

         Maximum Penalties:
          6 Months imprisonment
          $1000.00 fine

**COUNT TWO:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 14601.3(a) and (e) – Accumulating a Driving Record History during a Period when Privilege Suspended or Revoked, and within Seven Years of a Prior Conviction

    Penalties: First Conviction Mandatory Minimum:
          30 days
          $1000.00 fine